UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:

MICHAEL C. BAGGE HERNANDEZ

_____/   Case No.: 8:17mc70 T 33

## STANDING ORDER OF RECUSAL

PURSUANT TO Canon 3(C)(1)(d)(ii) of the Code of Conduct for United States Judges and the Committee on Codes of Conduct Advisory Opinion No. 38, the undersigned finds that she should not currently preside over any cause in which her son, Michael C. Bagge Hernandez, has made an appearance.

Accordingly, it is ORDERED AND ADJUDGED that the undersigned hereby recuses herself in all such matters. Until further notice, the Clerk of Court is directed to reassign, in accordance with established procedures, any such case drawn for assignment to the undersigned.

DONE AND ORDERED in Chambers this 14th day of June, 2017.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE